UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYLVESTER REYNOLDS,

        Petitioner,

    v.

WONG, Warden,

        Respondent.
                                         /

No. C 09-5446 PJH (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. Petitioner seeks to challenge a conviction obtained in the Superior Court in and for Los Angeles County. Los Angeles County is in the venue of the United States District Court for the Central District of California. Petitioner is incarcerated at San Quentin State Prison, which is in this district.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Because petitioner was convicted in Los Angeles County, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: December 21, 2009.

                                               PHYLLIS J. HAMILTON
                                             United States District Judge

P:\PRO-SE\PJH\HC.09\reynolds5446.TRN.wpd