Priority
Send
Enter
Closed
JS-5/JS-6 ✓
JS-2/JS-3
O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVESTER REYNOLDS,<br><br>    Petitioner,<br><br>vs.<br><br>WONG, WARDEN,<br><br>    Respondent. | Case No. CV 09-9372-JHN (DTB)<br><br>**JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: _June 24, 2010_

JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE